```
FILED BY_____D.C.
    MAR 19 2021
   ANGELA E. NOBLE
  CLERK U.S. DIST. CT.
 S. D. OF FLA. - FT. LAUD.
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 8, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. OUR CASE NO:21-6163-HUNT |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| RICHARD L. HARRIS, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. §§ 111(a)(1) |
| | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |
| | : | 18 U.S.C. §§ 1512(c)(2) |
| | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building) |
| | : | 40 U.S.C. § 5104(e)(2)(D) |
| | : | (Disorderly Conduct in a Capitol Building) |

**INDICTMENT**

Case: 1:21-cr-00189
Assigned To : Nichols, Carl J.
Assign. Date : 3/5/2021
Description: INDICTMENT (B)

The Grand Jury charges that:

**COUNT ONE**

On or about January 6, 2021, within the District of Columbia, **RICHARD L. HARRIS**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve the intent to commit another felony.

1

**(Assaulting, Resisting, or Impeding Certain Officers, in violation of Title 18, United States Code, Section 111(a)(1))**

## COUNT TWO

On or about January 6, 2021, within the District of Columbia and elsewhere, **RICHARD L. HARRIS**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, by entering and remaining in the United States Capitol without authority and committing an act of civil disorder, and threatening Congressional officials, and engaging in disorderly and disruptive conduct and destroying federal property.

**(Obstruction of an Official Proceeding, in violation of Title 18, United States Code, Sections 1512(c)(2))**

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **RICHARD L. HARRIS**, did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(1))**

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **RICHARD L. HARRIS**, did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the

orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **RICHARD L. HARRIS** willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

A TRUE BILL:

FOREPERSON.

Channing D. Phileps /DAB
Attorney of the United States in
and for the District of Columbia.

Shedelle Dorsett

3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
RICHARD L. HARRIS

*Defendant*

)
)
)
)
)
)
)

OUR CASE NO: 21-6163-MJ-HUNT

Case: 1:21-cr-00189
Assigned To : Nichols, Carl J.
Assign. Date : 3/5/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RICHARD L. HARRIS                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1)   (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. §§ 1512(c)(2)   (Obstruction of an Official Proceeding)
18 U.S.C. § 1752(a)(1)   (Entering and Remaining in a Restricted Building)
18 U.S.C. § 1752(a)(2)   (Disorderly and Disruptive Conduct in a Restricted Building)
40 U.S.C. § 5104(e)(2)(D)   (Disorderly Conduct in a Capitol Building)

Date: 03/05/2021

*Issuing officer's signature*

City and state:   WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                            *Arresting officer's signature* |
|                                                           *Printed name and title* |