UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-06163-HUNT

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

RICHARD L. HARRIS,
    Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:   s/D*aryl E. Wilcox*
    Daryl E. Wilcox
    Assistant Federal Public Defender
    Florida Bar No. 838845
    One E. Broward Boulevard, Suite 1100
    Ft. Lauderdale, FL 33301-1842
    (954) 356-7436
    Daryl_Wilcox@fd.org, E-mail

**CERTIFICATE OF SERVICE**

  I HEREBY certify that on March 19, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            By: <u>s/ *Daryl E. Wilcox*</u>
               Daryl E. Wilcox