# COURT MINUTES/ORDER

# United States Magistrate Judge Patrick M. Hunt

Date:   3/19/21   Time: 11:00 a.m.

Defendant: Richard L. Harris            J#: _____       Case #:   21-6163-Hunt

AUSA: Jodi Anton - Duty                 Attorney: _____

Violation:   Assaulting, Resisting, or Impeding Certain Officers.  (DISTRICT OF COLUMBIA)

Proceeding: Initial Appearance          CJA Appt: _____

Bond/PTD Held:  ○ Yes   ○ No      Recommended Bond: _____

Bond Set at: _____                    Co-signed by: _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew  24 hours  pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to:  SDFL
- [x] Other: Appear at all court hearing and commit no new crimes.

Language:   English

Disposition:
All parties present.
Deft consent to proceed by zoom.
Deft waived his right to appear in open court.
Deft advised of his rights and charges.

Deft sworn for counsel.  FPD appointed - Daryl Wilcox via zoom.

Deft orally waived removal.

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel: _____

PTD/Bond Hearing:  3/26/21        10:00 a.m.    Duty         Ftl

Prelim/Arraign or Removal: _____

Status Conference RE: _____

Check if Applicable: [ ]  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R.  12:52:33                    Time in Court:  15 mins

Page: _____