UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-6163-Hunt

UNITED STATES OF AMERICA,
        Plaintiff,

vs

Richard L. Harris,
        Defendant(s)
_____/

## ORDER

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a Sealed Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 19th, day of March, 2021.

                                      PATRICK M. HUNT
                                      UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record