UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-6163-MJ-HUNT

**UNITNED STATES OF AMERICA**

v.

**RICHARD HARRIS,**

**Defendant.**
_____/

**EXHIBIT LIST FOR DENTENTION HEARING**

The United States, by its undersigned counsel, hereby provides notice that it is filing the list of exhibits to include:

Exhibit1: photo of defendant confronting officer

Exhibit 2: photo of defendant speaking on telephone

Exhibit 3: photo of defendant on statute

The government may reference the attached exhibits at the detention hearing scheduled for March 26, 2021.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   s/ *Joseph A. Cooley*
JOSEPH A. COOLEY
Assistant United States Attorney
Florida Bar No. 966460
500 East Broward Boulevard, 7th Floor
Fort Lauderdale, Florida 33394
Tel: 786-761-3179
Fax: 954-356-7230
Email: joseph.cooley2@usdoj.gov