

GOVERNMENT
EXHIBIT
1
CR-21-6163-HUNT



GOVERNMENT
EXHIBIT
2
CR-21-6163-HUNT



GOVERNMENT EXHIBIT
3
CR-21-6163-HUNT