UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-06163-HUNT

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD L. HARRIS,

    Defendant.

_____/

**NOTICE OF FILING EXHIBIT**

The defendant, **Richard L. Harris**, through counsel, hereby provides notice of filing the following exhibit:

1. Memorandum Opinion by Chief Judge Beryl A. Howell of the United States District Court for the District of Columbia in the case of *United States v. William Chrestman*, Case No. 21-mj-218 (AMF).

    Respectfully submitted,

    MICHAEL CARUSO
    FEDERAL PUBLIC DEFENDER

By:   *s/Daryl E. Wilcox*
    Daryl E. Wilcox
    Assistant Federal Public Defender
    Florida Bar No. 838845
    One E. Broward Boulevard, Suite 1100
    Fort Lauderdale, FL 33301-1842
    (954) 356-7436
    Daryl_Wilcox@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on March 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: *s/Daryl E. Wilcox*
　　Daryl E. Wilcox