# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 3/26/21    Time: 10:00 a.m.

Defendant: Richard L. Harris    J#: _____    Case #: 21-6163-Hunt
AUSA: Jodi Anton - Duty /s/ N. Mohanty    Attorney: Daryl Wilcox - FPD
Violation: Assaulting, Resisting, or Impeding Certain Officers. (DISTRICT OF COLUMBIA)
Proceeding: PTD Hearing    CJA Appt: _____
Bond/PTD Held: ☑ Yes  ☐ No    Recommended Bond: _____
Bond Set at: _____    Co-signed by: _____

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew 24 hours pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☒ Travel extended to: SDFL
- ☒ Other: Appear at all court hearing and commit no new crimes.

Language: English

Disposition: All parties present consent to zoom. Waived right to appear in court. Agent M. M[illegible] sworn - Gov't proceed proffer. Cross - no redirect. Argument by both parties. The gov't's motion is granted. Deft shall be detained until trial. Risk of flight. Danger to the community. Deft waived removal orally.

NEXT COURT APPEARANCE   Date:   Time:   Judge:
Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

Check if Applicable: ☐  The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 10:02:10    Time in Court: 45 mins
Page: _____